JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO LOPEZ, | Case No. CV 19-10519-JWH (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| STU SHERMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: July 26, 2021

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE